IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN MCCAFFERTY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-1276 |
| | : | |
| NEWSWEEK MEDIA GROUP, LTD. | : | |

## **ORDER**

AND NOW, this 19th day of June, 2018, upon consideration of Plaintiffs' letter request, it is ORDERED the Rule 16 conference and oral argument is CONTINUED to June 22, 2018, at 10:30 a.m.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.