UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN McCAFFERTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEWSWEEK LLC, et al., <br><br> Defendants. | 2:18-cv-1276 (JS) |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter my appearance as counsel for Defendants, Newsweek LLC, et al., in the above-captioned matter.

                                                  _/s/_____
                                                  Jeremy D. Mishkin
                                                  Montgomery McCracken Walker & Rhoads LLP
                                                  1735 Market Street
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 772-7246
                                                  Fax: (215) 772-7620
                                                  jmishkin@mmwr.com

                                                  Date:  _10/9/18_____

## CERTIFICATE OF SERVICE

I, Jeremy D. Mishkin, certify that on the 9th day of October, 2018, I caused a copy of the foregoing *Entry of Appearance* to be filed by the Court's ECF system and served a copy thereof on the following counsel of record by email:

> Dion Rassias, Esq.
> The Beasley Firm, LLC
> 1125 Walnut Street
> Philadelphia, PA 19107
> dgr@beasleyfirm.com
> Attorney for Plaintiffs

/s/_____
Jeremy D. Mishkin
*Attorney for Defendants*

Date: _10/9/18_____