IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN McCAFFERTY and MELISSA McCAFFERTY, individually and on behalf of their minor child, C.M., | : <br> : <br> : Civil Action <br> : <br> : No. 2:18-cv-01276-JS |
| Plaintiffs, | : |
| v. | : |
| NEWSWEEK MEDIA GROUP, LTD. t/a NEWSWEEK, LLC, and/or NEWSWEEK, INC., and/or NEWSWEEK, | : <br> : <br> : <br> : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance *pro hac vice* of Matthew E. Kelley, Esq. of Ballard Spahr LLP, as counsel of record for Defendant Newsweek, LLC ("Newsweek") in the above-captioned matter. Newsweek will continue to be represented by its other counsel of record.

Dated: October 9, 2018

Respectfully submitted,

BALLARD SPAHR LLP

By:   */s/* Matthew E. Kelley
　　　Matthew E. Kelley (*pro hac vice*)
　　　1909 K Street NW, 12th Floor
　　　Washington, DC 20006
　　　202.508.1112
　　　kelleym@ballardspahr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2018, I caused a copy of the foregoing Withdrawal of Appearance to be served via the Court's CM-ECF system upon the following:

>Dion Rassias, Esq.
>The Beasley Firm, LLC
>1125 Walnut Street
>Philadelphia, PA 19107
>dgr@beasleyfirm.com
>
>*Attorney for Plaintiffs*
>
>Jeremy D. Mishkin
>Montgomery McCracken Walker & Rhoads LLP
>1735 Market Street
>Philadelphia, PA 19103
>jmishkin@mmwr.com
>
>*Attorney for Newsweek, LLC*

>/s/ Matthew E. Kelley
>Matthew E. Kelley